UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
...M T. WALSH, CLERK

2005 JAN 10  P 4: 30

UNITED STATES
DISTRICT COURT

SOURCE SEARCH TECHNOLOGIES, LLC,

       Plaintiff,

       v.

LENDINGTREE, INC., IAC INTERACTIVECORP,
& SERVICE MAGIC, INC.,

       Defendants.

CIVIL ACTION NO. 04-cv-4420
(DRD)

**ORDER**

This matter having come before the court on the motion by Defendant IAC InterActiveCorp

("Defendant") for an order dismissing the Amended Complaint of Plaintiff Source Search

Technologies, LLC ("Plaintiff") as against Defendant; and the court having treated the motion as

a motion for summary judgment; and Plaintiff having asserted that its sole claim against

Defendant is for inducement; and notice having been given to all parties, in consideration of the

parties' submissions and the arguments of counsel, for good cause shown, and for the reasons set

forth in the court's opinion of even date;

    IT IS, on this ___10th___ day of ___January___, 2005, ORDERED that:

    1.  Defendant's motion for summary judgment on the inducement claim is DENIED

WITHOUT PREJUDICE; and

    2.  All other claims against said Defendant are dismissed as MOOT; and

    3.  Plaintiff's motion to file a surreply is DENIED; and

4.  Plaintiff's surreply is STRICKEN.


DICKINSON R. DEBEVOISE, U.S.S.D.J.