UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Source Search Technologies, LLC | : | Civ. No. 04-4420 (DRD) |
| | : | |
| Plaintiff, | : | **O R D E R** |
| | : | |
| v. | : | |
| | : | |
| Lending Tree, LLC, IAC/InterActiveCorp, and Service Magic, Inc. | : | |
| | : | |
| Defendant. | : | |

Plaintiff, Source Search Technologies, LLC ("SST") and Defendants, Lending Tree, Inc., IAC/InterActiveCorp., and Service Magic, Inc. (collectively, "Defendants") having moved for a determination of the meaning of disputed claim terms of U.S. Patent No. 5,758,328 (the '328 patent); and the court having held a hearing concerning the meanings of the disputed terms and having considered the submissions of the parties; and for the reasons set forth in an opinion of even date;

IT is this 16th day of October, 2006;

**ORDERED** that the disputed claim terms of the '328 patent shall have the meanings set forth in the opinion filed this date with this order.

  /s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE
U.S.S.D.J.