UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Source Search Technologies, LLC | : | Civ. No. 04-4420 (DRD) |
| | : | |
| Plaintiff, | : | **O R D E R** |
| | : | |
| v. | : | |
| | : | |
| Lending Tree, LLC, IAC/InterActiveCorp, and Service Magic, Inc. | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

Plaintiff, Source Search Technologies, LLC ("SST"), having moved pursuant to Local Rule 7.1(i) for reconsideration of that portion of the court's October 16, 2006 opinion that holds that the claim term "Goods and Services" is construed to mean "standardized articles of trade and performance of work for another;" and the court having considered the submissions of the parties and having concluded that it overlooked matter submitted to it in connection with the subject matter of the October 16, 2006 opinion; and having now considered the matter that it overlooked and having concluded that in its October 16, 2006 opinion it correctly determined the meaning of "Good and Services;" and for the reasons set forth in an opinion of even date;

IT is this 13th day of November, 2006, **ORDERED as follows:**

1. Plaintiff's motion for reconsideration is granted;

2. Having reconsidered the relevant issue in light of the material it previously overlooked, the court reaffirms that as used in the patent at issue the claim term "Goods and Services" is construed to mean "standardized articles of trade and performance of work for another."

      /s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE
U.S.S.D.J.