UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

SOURCE SEARCH TECHNOLOGIES, LLC,

        Plaintiff,

        v.

LENDING TREE, LLC, IAC/INTERACTIVECORP, and SERVICEMAGIC, INC.,

        Defendants.

Civ. No. 04-4420 (DRD)

**O R D E R**

---

Defendant, ServiceMagic, Inc. and Plaintiff, Source Search Technologies, LLC, having cross-moved for summary judgment, and the court having reviewed the submissions and heard the arguments of the parties, and for the reasons set forth in an opinion of even date,

IT IS, on this 2nd day of May, 2007, **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment of non-infringement is hereby denied.

2. Plaintiff's Motion for Summary Judgment of infringement is hereby granted.

        /s/ Dickinson R. Debevoise
        DICKINSON R. DEBEVOISE, U.S.S.D.J.