UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

SOURCE SEARCH TECHNOLOGIES, LLC,

   Plaintiff,

   v.

LENDING TREE, LLC, IAC/INTERACTIVECORP, and SERVICEMAGIC, INC.,

   Defendants.

Civ. No. 04-4420 (DRD)

**O R D E R**

---

  Defendant, ServiceMagic, Inc., having moved for reconsideration of the court's May 2, 2007 Order, and the court having reviewed the submissions of the parties, and for the reasons set forth in an opinion of even date,

  IT IS, on this 14th day of June, 2007, **ORDERED** that Defendant's motion for reconsideration is hereby denied.

           /s/ Dickinson R. Debevoise
           DICKINSON R. DEBEVOISE, U.S.S.D.J.