**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Source Search Technologies, LLC, <br><br>  Plaintiff/Counterclaim Defendant, <br><br> -against- <br><br> LendingTree, LLC, IAC/InterActiveCorp, and ServiceMagic, Inc., <br><br> Defendants/Counterclaim Plaintiffs. | **DOCUMENT ELECTRONICALLY FILED** <br><br> Civil Action No. 04-CV-4420 (DRD/ES) <br><br> **NOTICE OF CROSS-MOTION** |

**PLEASE TAKE NOTICE** that on September 10, 2007 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant LendingTree, LLC, ("LendingTree") through its undersigned counsel, shall move before the Honorable Dickinson R. Debevoise, United States District Court Judge, at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, for an Order of summary judgment of noninfringement by LendingTree.

**PLEASE TAKE FURTHER NOTICE** that LendingTree will rely upon the accompanying brief, and Supporting Declarations of James Hodson and James Baker. A Proposed Form of Order is also submitted herewith.

| | |
|---|---|
| DATED:  August 13, 2007<br>Newark, NJ | By: s/ Elvin Esteves<br>Kevin J. McKenna, Esq.<br>Elvin Esteves, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey  07102-5496<br>(973) 596-4500<br><br>Claude M. Stern, Esq.<br>Robert B. Wilson, Esq.<br>Evette Pennypacker, Esq.<br>James E. Baker, Esq.<br>Linda J. Brewer, Esq.<br>(all admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010-1601<br>(212) 849 7000 (tel.)<br>(212) 849-7100 (fax)<br><br>Attorneys for LendingTree, LLC, IAC/InterActiveCorp, and ServiceMagic, Inc. |