# KAPLAN GILMAN GIBSON & DERNIER LLP

**COUNSELORS AT LAW**
900 ROUTE 9 NORTH, WOODBRIDGE, NEW JERSEY 07095
TELEPHONE (732) 634-7634, FACSIMILE (732) 634-6887
WWW.KGGD.COM

JEFFREY I. KAPLAN, PARTNER
NJ AND NY BARS, REG. PATENT ATTORNEY
jkaplan@kggd.com

August 29, 2007

**VIA ECF and FEDEX**
The Honorable Dickinson R. Debevoise
United States District Court Judge
United States District Court for the
District Court of New Jersey
50 Walnut Street
Newark, NJ 07101-0419

      Re:    Source Search Technologies, LLC v. LendingTree, Inc., et al.
              Civil Action No. 2:04-CV-4420 (DRD)
              Our Reference No. 591/2

Dear Judge Debevoise:

      On behalf of Source Search Technologies, LLC ("SST"), we enclose herewith courtesy copies of SST's Combined Reply Memorandum in Support of SST's Motion for Summary Judgment and in Opposition to Defendant LendingTree, LLC's Motion for Summary Judgment on the Infringement Issue, along with SST's Rule 56 Statement and a Declaration of the undersigned in support of said motion.

      Additionally, because our Rule 56 statement as filed included only plaintiff's responses to defendants Rule 56 contentions, we enclose a modified version of the Rule 56 statement that also includes defendants contentions. This modified version has also been filed via ECF.

      We invite chambers to contact us if there are any questions concerning this filing.

                        Respectfully submitted,

                        KAPLAN GILMAN GIBSON & DERNIER LLP

                        Jeffrey I. Kaplan

JIK/pa
Enclosures
c:  All counsel, via ECF
F:\Clients\Source Search Tech.-591\591-2 - LendingTree lit\Correspondence\Judge Debevoise ltr encl courtesy copies of SST's combined Mem.doc

PATENTS   *   TRADEMARKS   *   COPYRIGHTS   *   LICENSING   *   LITIGATION

NEW YORK OFFICE:
305 MADISON AVENUE, SUITE 449, NEW YORK, NEW YORK 10165, TEL: (212) 807-4171, FAX: (212) 957-1912
(MICHAEL R. GILMAN, A NAME PARTNER, IS A MEMBER OF THE NY AND CT BARS ONLY)