## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

```
-------------------------------------------------------X
Source Search Technologies, LLC,                    :
                                                    :
                            Plaintiff,              :
                                                    :
            v.                                      :
                                                    :
LendingTree, LLC, Service Magic Inc. and            :
IAC InterActiveCorp,                                :
                                                    :
                            Defendants.             :
-------------------------------------------------------X
```

**DOCUMENT ELECTRONICALLY FILED**

**Civil Action No. 2:04-CV-4420 (DRD)**

### STIPULATED CONSENT ORDER

Whereas, Defendants have filed a motion for summary judgment seeking a ruling that Defendants have not engaged in willful infringement of the patent in suit (the "Willfulness Motion");

Whereas, on January 4, 2008, Plaintiff filed a response to the Willfulness Motion, with an accompanying declaration with exhibits;

Whereas, on January 7, 2008, Plaintiff filed a corrected version of its brief in response to the Willfulness Motion,

Whereas, Defendants then asserted that certain portions of Plaintiff's January 4 and January 7 filings relating to the Willfulness Motion include subject matter that was part of confidential mediation proceedings involving the parties to this action (the "mediation") and therefore should not have been included in any Court filing (the "disputed materials");

Whereas, Plaintiff disagrees that any subject matter included in its January 4 and January 7 filings was improper;

Whereas, Plaintiff filed a letter to the Court on January 8, 2008 referring to the disputed materials and asking the Court to seal its January 4 and January 7 briefs until the matter could be resolved;

Whereas, the parties desire to avoid further disputes and motion practice concerning the disputed materials;

THEREFORE, it is hereby agreed among all parties as follows:

1       Plaintiff's filings related to the Willfulness Motion at docket numbers 212, 214, and 216 shall be stricken in their entirety, and no copies of those filings shall be maintained in the Court's records;

2       Plaintiff's prior response to the Willfulness Motion shall be replaced with the brief, Rule 56 response, and declaration attached hereto, which the parties agree is substantively identical to the prior corrected brief, Rule 56 response, and declaration, but for the removal of the disputed materials;

3       The briefing schedule and argument date for the Willfulness Motion shall remain as scheduled previously;

4       The matter of the disputed materials is deemed fully resolved by this stipulated Order to the satisfaction of all parties;

5       Pursuant to this Order, all parties shall abide by the confidentiality requirements pertaining to the mediation and the limitations imposed by Rule 408 of the Federal Rules of Evidence;

6       It is the intent of the parties that the legal positions of the parties shall be the same as if the version of Plaintiff's response to the Willfulness Motion attached hereto had been filed on January 4, 2008;

7       Nothing herein shall be deemed an admission on the part of any party of any wrongdoing, and nothing herein shall be deemed an admission by any party on the merits of the Willfulness Motion.

KAPLAN GILMAN GIBSON & DERNIER LLP          GIBBONS, P.C.


By: ____s/Jeffrey I. Kaplan_____          By: _Elvin Esteves/JK_
      Jeffrey I. Kaplan (JK 4706)                   Kevin J. McKenna
      900 Route 9 North                             Elvin Esteves
      Woodbridge, NJ 07095                          GIBBONS P.C.
      Telephone (732) 634-7634                      One Gateway Center
                                                    Newark, New Jersey  07102-5496
      Attorneys for Plaintiff                       (973) 596-4500
      Source Search Technologies, LLC
                                                    Claude M. Stern
                                                    Robert B. Wilson
                                                    Evette Pennypacker
                                                    James E. Baker
                                                    Linda J. Brewer
                                                    (all admitted *pro hac vice*)
                                                    QUINN EMANUEL URQUHART OLIVER
                                                    & HEDGES, LLP
                                                    51 Madison Avenue, 22nd Floor
                                                    New York, New York  10010-1601
                                                    (212) 849-7000

                                                    Attorneys for LendingTree, LLC,
                                                    IAC/InterActiveCorp, and ServiceMagic, Inc.


SO ORDERED this 14th day of January, 2008.

The Honorable Dickinson R. Debevoise