UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Source Search Technologies, LLC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> -against- <br><br> LendingTree, LLC, IAC/InterActiveCorp, and ServiceMagic, Inc., <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No: 2:04-CV-4420 (DRD)(ES) |

## STIPULATION OF DISMISSAL

Plaintiff Source Search Technologies, LLC and Defendants LendingTree, LLC and IAC/InterActiveCorp hereby stipulate and agree that the above action shall be dismissed without prejudice pending the performance of the conditions set forth in Section 1 of the Parties' January 5, 2010 Settlement Agreement. Unless the Court receives notice within 140 days from the date of this Stipulation that the conditions in Section 1 of the Settlement Agreement have not been met, the dismissal shall automatically convert to a dismissal with prejudice.

Dated: January 15, 2010

_____
Jeffrey I. Kaplan
KAPLAN GILMAN & PERGAMENT, LLP
1480 Route 9 North, Suite 204
Woodbridge, New Jersey 07095

*Attorneys for Plaintiff/ Counterclaim Defendant*

Respectfully submitted,

_____
Robert B. Wilson
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Defendants/Counterclaim Plaintiffs*

# KAPLAN GILMAN & PERGAMENT LLP

**COUNSELORS AT LAW**
1480 ROUTE 9 NORTH, SUITE 204, WOODBRIDGE, NEW JERSEY 07095
TELEPHONE (732) 636-4500, FACSIMILE (732) 636-4550
WWW.KGPLAW.COM

JEFFREY I. KAPLAN, PARTNER
NJ AND NY BARS, REG. PATENT ATTORNEY
jkaplan@kgplaw.com

January 15, 2010

**VIA ECF and FEDEX**
The Honorable Dickinson R. Debevoise, U.S.D.J.
United States District Court for the
District Court of New Jersey
50 Walnut Street
Newark, NJ  07101-0419

   **Re:**  **Source Search Technologies, LLC v. LendingTree, Inc., et al.**
      **Civil Action No. 2:04-CV-4420 (DRD)**

Dear Judge Debevoise:

  We represent Plaintiff Source Search Technologies, LLC ("SST") in the above-referenced matter.  On December 7, 2009, the Court of Appeals for the Federal Circuit affirmed in part, vacated in part, and remanded this Court's Order of July 8, 2008.  On January 13, 2010, the Federal Circuit issued its mandate.

  I write on behalf of both parties to advise the Court that the parties have settled the case. We enclose herewith a stipulation signed by counsel for both parties, which the parties request the Court "So Order" and enter.

         Respectfully submitted,

         KAPLAN GILMAN & PERGAMENT LLP

         Jeffrey I. Kaplan

JIK/pa
Enclosure
c: Magistrate Judge Esther Salas (via ECF and mail)
  Counsel of Record (via ECF)

K:\Clients\Source Search Tech.-591\591-2 - LendingTree lit\District Court\Correspondence\letter to court re settlement.doc

PATENTS * TRADEMARKS * COPYRIGHTS * LICENSING * LITIGATION
NEW YORK OFFICE:
305 MADISON AVENUE, SUITE 449, NEW YORK, NEW YORK 10165, TEL: (212) 807-4171, FAX: (212) 957-1912
(MICHAEL R. GILMAN, A NAME PARTNER, IS A MEMBER OF THE NY AND CT BARS ONLY)